IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| 24 Hour Fitness USA, Inc. a California corporation dba 24 Hour Fitness,<br><br>    Plaintiff,<br><br>vs.<br><br>Stephanie Evers,<br><br>    Defendant. | No. CV11-2429-PHX-SRB<br><br>**ORDER** |

    Before the Court is 24 Hour Fitness's Petition to Compel Arbitration. However, Ms. Evers already filed a Petition to Compel Arbitration of the same dispute in the Northern District of California. (*See Evers v. 24 Hour Fitness USA, Inc.*, *et al.*, 11-cv-06099-JSC (N.D. Cal. filed Dec. 5, 2011.))  Under the "first to file" rule, the Court may "decline jurisdiction over an action when a complaint involving the same parties and issues has already been filed in another district." *Pacessetter Sys., Inc. v. Medronic, Inc.,* 678 F.2d 93, 95 (9th Cir. 1982).  Adhering to the first to file rule is appropriate here.  If the Northern District of California eventually determines that arbitration of these parties' dispute should take place in Arizona and Ms. Evers does not comply, 24 Hour Fitness may move to reopen this case.

1  IT IS THEREFORE ORDERED that 24 Hour Fitness's Petition to Compel Arbitration
2  (Doc. 1) is denied. The Clerk shall terminate this case.

4  DATED this 22nd day of June, 2012.

*Susan R. Bolton*
Susan R. Bolton
United States District Judge