# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | | |
|---|---|---|
| 24 Hour Fitness USA, Inc., | ) | **JUDGMENT IN A CIVIL CASE** |
| | ) | |
| Plaintiff, | ) | CV 11-2429-PHX-SRB |
| | ) | |
| v. | ) | |
| | ) | |
| Stephanie Evers, | ) | |
| | ) | |
| Defendant. | ) | |

___   Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_   Decision by Court.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.


IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed June 22, 2012, 24 Hour Fitness's Petition to Compel Arbitration  is denied. The case is terminated.
.

                                                                                               BRIAN D. KARTH  
                                                                                               District Court Executive/Clerk

June 22, 2012

                                                                                               s/   D. Taylor  
                                                                                              By: Deputy Clerk


cc: (all counsel)